No. 175. CALIFORNIA ET AL. *v.* MICHIGAN STATE BOARD OF ESCHEATS ET AL. Certiorari denied. *Fred N. Howser,* Attorney General of California, *Everett W. Mattoon,* Deputy Attorney Gen-

eral, and *Lloyd T. Chockley* for petitioners. *Eugene F. Black,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondents.